IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BOOBYYAA MANDINGO,

    Plaintiff,

vs.                               CASE NO. 5:08cv42/RS-EMT

GEO GROUP, INC., et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 4). Plaintiff has not filed objections, but has filed the Motion For Extension Of Time For Plaintiff's To Re-File His Civil Complaint Correctly In This Court (Doc. 5), which I will treat as a response to the Order, Report and Recommendation.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(I).

3. Plaintiff's Motion For Extension Of Time For Plaintiff's To Re-File His Civil Complaint Correctly In This Court (Doc. 5) is denied (Plaintiff should take note that dismissal of this case is without prejudice. Therefore, Plaintiff has the option to file a new case).

4. The clerk is directed to close the file.

ORDERED on March 28, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**